NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**IN RE:  EUREKA RESTAURANT GROUP, LLC,**
*Appellant*

———————————

2017-1114

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86258059.

———————————

**JUDGMENT**

———————————

BRYAN LEITCH, Morrison & Foerster LLP, Washington, DC, argued for appellant.  Also represented by BENJAMIN J. FOX, Los Angeles, CA.

MARY BETH WALKER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu.  Also represented by NATHAN K. KELLEY, THOMAS L. CASAGRANDE, CHRISTINA J. HIEBER, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* HUGHES and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| April 6, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |